# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W IOBST
RICHARD H MORSE
DAVID C MCBRIDE
JOSEPH M NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G FLYNN
JEROME K GROSSMAN
EUGENE A DIPRINZIO
JAMES L PATTON, JR
ROBERT L THOMAS
WILLIAM D JOHNSTON
TIMOTHY J SNYDER
BRUCE L SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F ROBERTS
RICHARD J A POPPER
TERESA A CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R NESTOR
MAUREEN D LUKE
ROLIN P BISSELL

SCOTT A HOLT
JOHN T DORSEY
M BLAKE CLEARY

ATHANASIOS E AGELAKOPOULOS
JOSEPH M BARRY
KEVIN M BAIRD
SEAN M BEACH
DONALD J BOWMAN, JR
TIMOTHY P CAIRNS
CURTIS J CROWTHER
MARGARET M DIBIANCA
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
DANIELLE GIBBS
SEAN T GREECHER
KARA S HAMMOND
DAWN M JONES
RICHARD S JULIE (NY ONLY)
KAREN E KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL
TIMOTHY E LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MATTHEW B MCGUIRE
MARIBETH L MINELLA
EDMON L MORTON
JENNIFER R NOEL
JOHN J PASCHETTO
ADAM W POFF
SETH J REIDENBERG
FRANCIS J SCHANNE
MICHAEL P STAFFORD
JOHN E TRACEY
ALFRED VILLOCH, III
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6672
FAX: (302) 576-3301

E-MAIL: jingersoll@ycst.com

H ALBERT YOUNG
1929-1982
H JAMES CONAWAY, JR
1947-1990
WILLIAM F TAYLOR
1954-2004

STUART B YOUNG
EDWARD B MAXWELL, 2ND
OF COUNSEL

JOHN D MCLAUGHLIN, JR
ELENA C NORMAN (NY ONLY)
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P O BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

March 1, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    PHT Corp. v. Invivodata, Inc., C.A. No. 04-060 (GMS)
                 PHT Corp. v. CRF, Inc., C.A. No. 04-061 (GMS)
                 <u>PHT Corp. v. Etrials Worldwide, Inc., C.A. No. 04-821 (GMS)</u>

Dear Judge Sleet:

        Further to the teleconference with your Honor on February 22, 2005, enclosed for your review and approval please find the revised proposed Scheduling Order in the above-captioned matters. The proposed order has been agreed-upon by counsel to PHT Corp.; CRF, Inc.; and Etrials Worldwide, Inc. Counsel to Invivodata, Inc. did not provide any comments or otherwise respond to the draft order that was circulated for comments.

WP3:1089156.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
February 28, 2005
Page 2

        In accordance with the teleconference, the proposed order provides that the three actions will be consolidated for the purposes of discovery, and that the Court will hold a conference with counsel on February 3, 2006, to discuss whether the actions should be consolidated for the purposes of trial. The parties are available at the Court's convenience should Your Honor have any questions or concerns.

        Respectfully submitted,

        Josy W. Ingersoll (by Karen E. Keller)

Enclosure
cc:   Clerk of the Court (by electronic filing)
      Richard L. Horwitz, Esquire (by electronic filing)
      Jack B. Blumenfeld, Esquire (by electronic filing)
      Anthony Herman, Esquire (by e-mail)
      Victor H. Polk, Jr., Esquire (by e-mail)
      Cecilia H. Gonzalez, Esquire (by e-mail)
      Laurence S. Rogers, Esquire (by e-mail)