IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 04-821 GMS |
| ) | |
| ETRIALS WORLDWIDE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that N. Whitney Wilson, Esquire of Covington & Burling, 1201 Pennsylvania Avenue, NW, Washington, DC 2004-2401 caused copies of **PHT's Responses and Objections to Etrials Worldwide, Inc.'s First Set of Interrogatories to PHT Corporation (Nos. 1 - 12)** to be served on February 23, 2005, upon the following counsel of record in the manner indicated below:

### BY FEDERAL EXPRESS

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Avinash S. Lele, Esquire
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020-1104

The undersigned further certifies that this Notice of Service were caused to be served on March 8, 2005 upon the following counsel in the manner indicated below:

**BY HAND DELIVERY AND ELECTRONIC NOTIFICATION**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Avinash S. Lele, Esquire
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020-1104

                              */s/ Josy W. Ingersoll*
                              Josy W. Ingersoll (#1088)
                              Kevin M. Baird (#4219)
                              YOUNG CONAWAY
                                 STARGATT & TAYLOR, LLP
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, DE 19801

                              P.O. Box 391
                              Wilmington, DE 19899-0391
                              (302) 571-6600
                              kbaird@ycst.com

                              *Attorneys for PHT Corporation*

OF COUNSEL:

Anthony Herman
N. Whitney Wilson
Scott C. Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Dated: March 8, 2005