IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 04-821 GMS |
| | ) |
| ETRIALS WORLDWIDE, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that he caused copies of **Plaintiff's First Set of Interrogatories to Etrials Worldwide, Inc.** and **Plaintiff's First Set of Requests for Production of Documents and Things to Etrials Worldwide, Inc.** to be served on March 4, 2005, upon the following counsel of record in the manner indicated below:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

### BY FEDERAL EXPRESS

Laurence S. Rogers, Esquire
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020-1104

The undersigned further certifies that this Notice of Service were caused to be served on March 8, 2005 upon the following counsel in the manner indicated below:

WP3:1091936.3    062907.1002

**BY HAND DELIVERY AND ELECTRONIC NOTIFICATION**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE  19899-1347

**BY FEDERAL EXPRESS**

Laurence S. Rogers, Esquire
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020-1104

_____
Josy W. Ingersoll (#1088)
Kevin M. Baird (#4219)
YOUNG CONAWAY
   STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
kbaird@ycst.com

*Attorneys for PHT Corporation*

OF COUNSEL:

Anthony Herman
N. Whitney Wilson
Scott C. Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Dated:  March 8, 2005