Tab 2 of Defendants' Opening *Markman* Brief

## Asserted Claims of U.S Patent No. 6,095,985

22. A portable personal health tracker comprising:

    a data logger that collects and records subjective data from a subject regarding the subject's psychological condition and subjectively observed physiological condition;

    a time base which tracks a time of recording of the data;

    a data storage unit in which the data is stored with reference to the time base such as to provide a chronological health history of the subject; and

    a data transmission device capable of connecting directly to a communication network to allow transmission of data to a destination site from points of access to the network that are remote to the destination site,

    wherein each of the components of the health tracker is part of a single, unified portable unit that may be used by an ambulatory patient.

23. A portable personal health tracker according to claim 22 wherein the data transmission device comprises a modem.

24. A portable personal health tracker according to claim 22 wherein the data transmission device connects to a data network via a direct telephone connection.

25. A portable personal health tracker according to claim 22 wherein the data transmission device connects directly to a data network.

26. A portable personal health tracker according to claim 22 wherein the health tracker is a hand-held device.

27. A portable personal health tracker according to claim 22 further comprising a message receiver means by which the subject may receive and view messages directed to the data logger.

28. A portable personal health tracker according to claim 22 further comprising a message generator by which the subject may create and send messages.

29. A portable personal health tracker according to claim 22 further comprising a tactile input device on which the subject may write and the subject's writing is detected, said tactile input device generating a digitized representation of the detected writing.

30. A portable personal health tracker according to claim 29 wherein the digitized representation of the subject's writing is transmittable via the data transmission device.

34. A personal health tracking system comprising:

   a portable unit having a data logger that collects and records subjective data from a subject regarding the subject's psychological condition and subjectively observed physiological condition;

   a time base of the portable unit which tracks a time of recording of the data;

   a data storage location remote from the portable unit in which the data is stored with reference to the time base such as to provide a chronological history of the subject's psychological condition; and

   a data transmission device of the portable unit that transmits data to the data storage location via a digital data network.

36. A personal health tracking system according to claim 34 wherein the digital data network comprises a public data network.

37. A personal health tracking system according to claim 34 wherein the digital data network comprises the Internet.

38. A personal health tracking system according to claim 34 wherein the data transmission device comprises a connection device that facilitates connection to the data network.

39. A personal health tracking system according to claim 38 wherein the connection device comprises a modem that is connectable directly to a public telephone network.

40. A personal health tracking system according to claim 38 wherein the connection device is connectable directly to a local data network access connection.

41. A personal health tracking system according to claim 34 wherein the data storage location comprises a digital file server.