# EXHIBIT D



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

DOCKETED
JUN 2 1 1999
KUDIRKA & JOBSE, LLP
DOCKETED BY _____

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

021127
KUDIRKA & JOBSE
TWO CENTER PLAZA
BOSTON MA 02108

QM41/0616

| File Folder | |
| Client Info Access | |
| Docket Entry | |
| Docket Cross Off | |
| Order Copies | |
| Annuities | |
| Other | 9/14/99 |

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/001,032 | 12/30/97 | 048 | GETZOW, S | |

| First Named Applicant | RAYMOND, | 35 USC 154(b) term ext. |
|---|---|---|

**TITLE OF INVENTION** HEALTH MONITORING SYSTEM

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0 | B0033/7001C1 | 600-513.000 | U45 | UTILITY | | |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

**YOUR COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

PHT 000461

PHTeTRIALS000462

| *Notice of Allowability* | Application No. 09/001,032 | Applicant(s) Raymond et al |
|---|---|---|
| | Examiner Scott M. Getzow | Group Art Unit 3737 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *terminal disclaimer submitted 6/1/99*

☒ The allowed claim(s) is/are *1-10, 27-31, and 35-67*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

　　☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

　　　　☐ received.

　　　　☐ received in Application No. (Series Code/Serial Number) _____

　　　　☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

　　*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

　　☐ because the originally filed drawings were declared by applicant to be informal.

　　☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _3_ .

　　☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

　　☐ including changes required by the attached Examiner's Amendment/Comment.

　　Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

　　☐ Notice of References Cited, PTO-892

　　☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

　　☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

　　☐ Notice of Informal Patent Application, PTO-152

　　☐ Interview Summary, PTO-413

　　☐ Examiner's Amendment/Comment

　　☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

　　☐ Examiner's Statement of Reasons for Allowance

PHT 000462

SCOTT M. GETZOW
PRIMARY EXAMINER
ART UNIT 3737

PHTeTRIALS000463

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 11, 2005, I electronically filed Joint Appendix to the Parties' Opening Markman Briefs with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Josy W. Ingersoll (#1088)
> Kevin M. Baird, (#4219)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899
> jingersoll@ycst.com
>
> POTTER, ANDERSON & CORROON LLP
> Richard L. Horwitz (#2246)
> 1313 North Market Street
> Wilmington, DE 19801
> rhorwitz@potteranderson.com

and I, the undersigned, also hereby certify that on March 11, 2005, I sent by Federal Express, the above-stated document to:

> Anthony Herman, Esquire
> Covington & Burling
> 1201 Pennsylvania Avenue
> Washington, DC 20004-2401

> MORRIS, NICHOLS, ARSHT & TUNNELL
> /s/ *Julia Heaney*
> Jack B. Blumenfeld (#1014)
> Julia Heaney (#3052)
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, Delaware 19899
> (302) 658-9200
> Attorneys for Defendant eTrials Worldwide, Inc.
> jheaney@mnat.com