IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-821 (GMS) |
| | ) |
| ETRIALS WORLDWIDE, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of eTrial's First Set of Document Requests (Nos. 1-69) were served upon the following on March 21, 2005 in the manner indicated below:

**BY HAND**

Josy W. Ingersoll
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Anthony Herman
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004-2401

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Jack B. Blumenfeld (#1014)
                    Jack B. Blumenfeld (#1014)
                    E-mail:  jblumenfeld@mnat.com
                    Julia Heaney (#3052)
                    E-mail: jheaney@mnat.com
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                      Attorneys for Defendant
                      eTrials Worldwide, Inc.

OF COUNSEL:

Laurence S. Rogers
Avinash S. Lele
Gail A. Katz
ROPES & GRAY LLC
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

March 22, 2005

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 22, 2005 I electronically filed Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Josy W. Ingersoll
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, DE  19899

I also certify that copies were caused to be served on March 21, 2005 upon the following in the manner indicated:

### BY HAND

>   Josy W. Ingersoll
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, DE  19899

### BY FEDERAL EXPRESS

>   Anthony Herman
>   Covington & Burling
>   1201 Pennsylvania Avenue
>   Washington, DC 20004-2401

>                             /s/   Jack B. Blumenfeld (#1014)
>                                   Jack B. Blumenfeld (#1014)

#456748