IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-821 (GMS) |
| ) | |
| ETRIALS WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of eTrials' Responses to PHT's First Set of Interrogatories and eTrials' Responses to PHT's First Set of Requests for Production of Documents and Things (Nos. 1-40) were caused to be served on April 4, 2005, upon the following in the manner indicated:

### BY FAX AND FEDEX

Josy W. Ingersoll
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


Whitney Wilson
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004-2401

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                      /s/ Jack B. Blumenfeld (#1014)
                      _____
                      Jack B. Blumenfeld (#1014)
                      Julia Heaney (#3052)
                      1201 N. Market Street
                      P.O. Box 1347
                      Wilmington, DE  19899-1347
                      (302) 658-9200
                      jblumenfeld@mnat.com
                        Attorneys for Defendant
                        eTrials Worldwide, Inc.

OF COUNSEL:

Laurence S. Rogers
Avinash S. Lele
Gail A. Katz
ROPES & GRAY LLC
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

April 6, 2005