IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHT CORPORATION,                          :
                                          :
                    Plaintiff,            :
                                          :
            v.                            :    Civil Action No. 04-060-GMS
                                          :
INVIVODATA, INC.,                         :
                                          :
                    Defendant.            :
_____  :
                                          :
PHT CORPORATION,                          :
                                          :
                    Plaintiff,            :
                                          :
            v.                            :    Civil Action No. 04-061-GMS
                                          :
CRF, INC.,                                :
                                          :
                    Defendant.            :
_____  :
                                          :
PHT CORPORATION,                          :
                                          :
                    Plaintiff,            :
                                          :
            v.                            :    Civil Action No. 04-821-GMS
                                          :
ETRIALS WORLDWIDE, INC.,                  :
                                          :
                    Defendant.            :

## ORDER

At Wilmington this **21st** day of **April, 2005**.

IT IS ORDERED that the teleconference in the above matters scheduled for

Friday, April 29, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling

of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled for **Wednesday, May 4, 2005 at 8:30 a.m.  Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE