IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 04-60 GMS |
| v. | ) | |
| | ) | |
| INVIVODATA, INC., | ) | |
| | ) | |
| _____Defendant._____ | ) | |
| | ) | |
| PHT CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-61 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| CRF INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| PHT CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 04-821 GMS |
| v. | ) | |
| | ) | |
| ETRIALS WORLDWIDE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |

**NOTICE OF SERVICE**

The undersigned, counsel for plaintiff PHT Corporation, hereby certifies that true and

correct copies of (1) PHT's Responses and Objections to eTrials Worldwide, Inc.'s First Set of

Document Requests (Nos. 1-69) and (2) this Notice of Service were caused to be served on April 21, 2005 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Victor H. Polk, Jr.
Bingham McCutcheon LLP
150 Federal Street
Boston, MA 02110

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Laurence S. Rogers, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

Josy W. Ingersoll (#1088)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
jingersoll@ycst.com
*Attorneys for Plaintiff*

2

62907.1001

OF COUNSEL:

Anthony Herman
Matthew K. Handley
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Dated:  April 21, 2004

<u>**CERTIFICATE OF SERVICE**</u>

I, Josy W. Ingersoll, Esquire, hereby certify that on April 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19801
>
> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> Wilmington, DE  19801

I further certify that on April 21, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Laurence S. Rogers, Esquire
> Avinash S. Lele, Esquire
> Ropes & Gray LLP
> 1251 Avenue of the Americas
> New York, NY  10020
>
> Cecilia H. Gonzalez, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC  20004

Victor H. Polk, Jr., Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110


YOUNG CONAWAY STARGATT & TAYLOR, LLP


Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for PHT Corporation