IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHT CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | Civil Case No. 04-60 GMS |
| v. | ) ) | |
| INVIVODATA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| PHT CORPORATION, | ) ) | |
| Plaintiff | ) ) ) | C.A. No. 04-61 GMS |
| v. | ) ) ) | |
| CRF INC., | ) ) ) | |
| Defendant. | ) ) | |
| PHT CORPORATION, | ) ) | |
| Plaintiff | ) ) ) | C.A. No. 04-821 GMS |
| v. | ) ) ) | |
| ETRIALS WORLDWIDE, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff PHT Corporation, hereby certifies that true and correct copies of PHT's Supplemental Responses and Objections to CRF, Inc.'s First Set of

Interrogatories to PHT Corporation were caused to be served on April 21, 2005 upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Victor H. Polk, Jr.
Bingham McCutcheon LLP
150 Federal Street
Boston, MA 02110

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Laurence S. Rogers, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 21, 2005, upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING & HAND DELIVERY

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

WP3:1105459.1                                                                                              62907.1001

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Victor H. Polk, Jr.
Bingham McCutcheon LLP
150 Federal Street
Boston, MA 02110

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Laurence S. Rogers, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
jingersoll@ycst.com
*Attorneys for Plaintiff*

OF COUNSEL:

Anthony Herman
Matthew K. Handley
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Dated: April 21, 2004

3

WP3:1105459.1

62907.1001