IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>INVIVODATA, INC.,<br><br>    Defendant. | Civil Case No. 04-60 GMS |
| PHT CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>CRF, INC.,<br><br>    Defendant. | Civil Case No. 04-61 GMS |
| PHT CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>ETRIALS WORLDWIDE, INC.,<br><br>    Defendant. | Civil Case No. 04-821 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff PHT Corporation, hereby certifies that true and correct copies of (1) Plaintiff's Second Set of Requests for Production of Documents and Things to invivodata, Inc. were caused to be served on June 21, 2005 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Victor H. Polk, Jr.
Bingham McCutcheon LLP
150 Federal Street
Boston, MA 02110

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Laurence S. Rogers, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 21, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

BY FEDERAL EXPRESS

Victor H. Polk, Jr.
Bingham McCutcheon LLP
150 Federal Street
Boston, MA 02110

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Laurence S. Rogers, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

                                         Josy W. Ingersoll (#1088)
                                         YOUNG CONAWAY
                                             STARGATT & TAYLOR, LLP
                                         The Brandywine Building
                                         1000 West Street, 17th Floor
                                         P.O. Box 391
                                         Wilmington, Delaware 19899-0391
                                         (302) 571-6600
                                         jingersoll@ycst.com
                                         *Attorneys for Plaintiff*

OF COUNSEL:

Anthony Herman
Matthew K. Handley
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Dated: June 21, 2005