IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>INVIVODATA, INC.,<br><br>　　　　Defendant. | Civil Case No. 04-60 GMS |
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>CRF, INC.,<br><br>　　　　Defendant. | Civil Case No. 04-61 GMS |
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>ETRIALS WORLDWIDE, INC.,<br><br>　　　　Defendant. | Civil Case No. 04-821 GMS |

**NOTICE OF DEPOSITION OF JACQUELINE THONG**

　　PLEASE TAKE NOTICE that commencing at 9:30 am on July 29, 2005 at the offices of Young Conaway Stargatt & Taylor, L.L.P., The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, PHT Corporation ("PHT"), through

1

its attorneys, will take the deposition of Jacqueline Thong pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and sound-and-video means, and will continue from day to day until completed.

                Respectfully submitted,

                _____
                Josy W. Ingersoll (#1088)
                John W. Shaw (#3362)
                **YOUNG CONAWAY**
                    **STARGATT & TAYLOR, LLP**
                The Brandywine Building
                1000 West Street, 17th Floor
                P.O. Box 391
                Wilmington, Delaware 19899-0391
                (302) 571-6600

                Anthony Herman
                N. Whitney Wilson
                Scott C. Weidenfeller
                **COVINGTON & BURLING**
                1201 Pennsylvania Ave.
                Washington, DC 20004-2401
                (202) 662-6000

Dated: July 15, 2005        *Attorneys for PHT Corporation*

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on July 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE  19801
>
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE  19801

I further certify that on July 15, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Laurence S. Rogers, Esquire
>Avinash S. Lele, Esquire
>Ropes & Gray LLP
>1251 Avenue of the Americas
>New York, NY  10020
>
>Cecilia H. Gonzalez, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, DC  20004

Victor H. Polk, Jr., Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

Attorneys for PHT Corporation