IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHT CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Case No. 04-60 GMS |
| INVIVODATA, INC., | ) ) ) ) | |
| Defendant. | ) ) | |
| PHT CORPORATION, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Case No. 04-61 GMS |
| CRF, INC., | ) ) ) ) | |
| Defendant. | ) ) | |
| PHT CORPORATION, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Case No. 04-821 GMS |
| ETRIALS WORLDWIDE, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF DEPOSITION OF SAUL SHIFFMAN**

PLEASE TAKE NOTICE that commencing at 9:30 am on August 22, 2005 at the offices of Young Conaway Stargatt & Taylor, L.L.P., The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, PHT Corporation ("PHT"),

2

through its attorneys, will take the deposition of Saul Shiffman pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and sound-and-video means, and will continue from day to day until completed.

Respectfully submitted,

Josy W. Ingersoll (#1088)
**YOUNG CONAWAY**
   **STARGATT & TAYLOR, L.L.P.**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Anthony Herman
N. Whitney Wilson
Scott C. Weidenfeller
**COVINGTON & BURLING**
1201 Pennsylvania Ave.
Washington, DC 20004-2401
(202) 662-6000

Dated: July 18, 2005

*Attorneys for PHT Corporation*

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on July 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE 19801

I further certify that on July 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Laurence S. Rogers, Esquire
>Avinash S. Lele, Esquire
>Ropes & Gray LLP
>1251 Avenue of the Americas
>New York, NY 10020

>Cecilia H. Gonzalez, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004

Victor H. Polk, Jr., Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for PHT Corporation