IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>INVIVODATA, INC.,<br><br>      Defendant. | Civil Case No. 04-60 GMS |
| PHT CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>CRF, INC.,<br><br>      Defendant. | Civil Case No. 04-61 GMS |
| PHT CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>ETRIALS WORLDWIDE, INC.,<br><br>      Defendant. | Civil Case No. 04-821 GMS |

**NOTICE OF DEPOSITION OF BOB YOUNG**

PLEASE TAKE NOTICE that commencing at 9:30 am on August 29, 2005 at the offices

of Young Conaway Stargatt & Taylor, L.L.P., The Brandywine Building, 1000 West Street,

17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, PHT Corporation ("PHT"),

through its attorneys, will take the deposition of Bob Young pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and sound-and-video means, and will continue from day to day until completed.

                Respectfully submitted,

                /s/ Josy W. Ingersoll
                Josy W. Ingersoll (#1088)
                **YOUNG CONAWAY**
                    **STARGATT & TAYLOR, L.L.P.**
                The Brandywine Building
                1000 West Street, 17th Floor
                P.O. Box 391
                Wilmington, Delaware 19899-0391
                (302) 571-6600

                Anthony Herman
                N. Whitney Wilson
                Scott C. Weidenfeller
                **COVINGTON & BURLING**
                1201 Pennsylvania Ave.
                Washington, DC 20004-2401
                (202) 662-6000

Dated: July 18, 2005          *Attorneys for PHT Corporation*

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on July 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801
>
> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> Wilmington, DE 19801

I further certify that on July 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Laurence S. Rogers, Esquire
> Avinash S. Lele, Esquire
> Ropes & Gray LLP
> 1251 Avenue of the Americas
> New York, NY 10020
>
> Cecilia H. Gonzalez, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004

Victor H. Polk, Jr., Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110


YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for PHT Corporation