IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INVIVODATA, INC.<br><br>　　　　Defendant. | C. A. No. 04-60 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>CRF, INC.,<br><br>　　　　Defendant. | C. A. No. 04-61 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ETRIALS WORLDWIDE, INC.<br><br>　　　　Defendant. | C. A. No. 04-821 (GMS) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that beginning at 9:30 AM on Friday, September 9, 2005, at the offices of Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110, Defendant CRF, Inc., by and through its attorneys, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Linda Beneze, under oath before

a notary public. The deposition will be recorded by stenographic and audio-visual means. The deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Victor H. Polk, Jr.<br>Lawrence T. Stanley, Jr.<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000<br><br>Dated: July 29, 2005<br><br>692764 | POTTER ANDERSON & CORROON LLP<br><br>By: _/s/_<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant CRF, Inc.* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 29, 2005, the attached document was served via hand delivery and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

I hereby certify that on July 29, 2005, I have Federal Expressed the documents to the following non-registered participants:

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401

Cecilia H. Gonzalez
Brian Rosenthal
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Victor H. Polk, Jr.
Lawrence T. Stanley, Jr.
Bingham McCutchen LLP LLP
150 Federal Street
Boston, MA 02110

Avenish S. Lele
Ropes & Gray
Fish & Neave IP Group
1251 Avenue of the Americas
New York, NY 10020-1104

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

679227