IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INVIVODATA, INC.<br><br>　　　　Defendant. | C. A. No. 04-60 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiffs<br><br>v.<br><br>CRF, INC.,<br><br>　　　　Defendant. | C. A. No. 04-61 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>ETRIALS WORLDWIDE, INC.<br><br>　　　　Defendant. | C. A. No. 04-821 (GMS) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that beginning at 9:30 AM on Tuesday, August 16, 2005, at the offices of Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110, Defendant invivodata, Inc., by and through its attorneys, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Linda Beneze, under oath before a notary public. The deposition will be recorded by

stenographic and audio-visual means. The deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Victor H. Polk, Jr.<br>Lawrence T. Stanley, Jr.<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000<br><br>Dated: August 15, 2005 | POTTER ANDERSON & CORROON LLP<br><br>By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*invivodata, Inc.* |

694854

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 15, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 |

I hereby certify that on August 15, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Anthony Herman<br>Whitney Wilson<br>Joseph B. Topmiller<br>Covington & Burling<br>1201 Pennsylvania Avenue<br>Washington, DC 20001-2401 | Cecilia H. Gonzalez<br>Brian Rosenthal<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 |
| Victor H. Polk, Jr.<br>Lawrence T. Stanley, Jr.<br>Bingham McCutchen LLP LLP<br>150 Federal Street<br>Boston, MA 02110 | Avenish S. Lele<br>Ropes & Gray<br>Fish & Neave IP Group<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

679227