IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INVIVODATA, INC.<br><br>　　　　Defendant. | C. A. No. 04-60 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>CRF, INC.,<br><br>　　　　Defendant. | C. A. No. 04-61 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ETRIALS WORLDWIDE, INC.<br><br>　　　　Defendant. | C. A. No. 04-821 (GMS) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant invivodata, Inc., hereby certifies that true and correct copies of invivodata's Objections and Responses to Plaintiff's First Set of Interrogatories to Invivodata, Inc. (Nos. 1-10) were caused to be served on August 17, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401

Cecilia H. Gonzalez
Brian Rosenthal
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Victor H. Polk, Jr.
Lawrence T. Stanley, Jr.
Bingham McCutchen LLP LLP
150 Federal Street
Boston, MA 02110

Avenish S. Lele
Ropes & Gray
Fish & Neave IP Group
1251 Avenue of the Americas
New York, NY 10020-1104

OF COUNSEL:

Cecilia H. Gonzalez
Brian Rosenthal
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

Dated: August 17, 2005

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff invivodata, Inc.*

695190

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 17, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 |

I hereby certify that on August 17, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Anthony Herman<br>Whitney Wilson<br>Joseph B. Topmiller<br>Covington & Burling<br>1201 Pennsylvania Avenue<br>Washington, DC 20001-2401 | Cecilia H. Gonzalez<br>Brian Rosenthal<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 |
| Victor H. Polk, Jr.<br>Lawrence T. Stanley, Jr.<br>Bingham McCutchen LLP LLP<br>150 Federal Street<br>Boston, MA 02110 | Avenish S. Lele<br>Ropes & Gray<br>Fish & Neave IP Group<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

679227