**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-60 (GMS) |
| INVIVODATA, INC. | ) | |
| Defendant. | ) | |
| PHT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-61 (GMS) |
| CRF, INC., | ) | |
| Defendant. | ) | |
| PHT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 04-821 (GMS) |
| ETRIALS WORLDWIDE, INC. | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Scott A. Cunning, Esq., of Howrey LLP, 1299 Pennsylvania Avenue, NW, Washington, DC 20004 to represent defendant/counterclaim plaintiff Invivodata, Inc., in this matter.

Upon granting of this motion, please terminate the appearance of Vandana Koelsch of Howrey LLP for defendant/counterclaim plaintiff Invivodata, Inc.  All other attorneys involved in the case from Howrey LLP and Potter Anderson & Corroon LLP continue to represent defendant/counterclaim plaintiff Invivodata.

POTTER ANDERSON & CORROON LLP

By:   /s/ David E. Moore
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 N. Market Street

Dated: August  18, 2005
695245

        Wilmington, DE  19899
        Tel:  (302) 984-6000
        Fax: (302) 658-1192
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff Invivodata, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____          _____
           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid  to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  August 18, 2005          Signed:  */s/ Scott A. Cunning*_____
                                                   Scott A. Cunning
                                                   Howrey LLP
                                                   1299 Pennsylvania Avenue, NW
                                                   Washington, DC 20004
                                                   Tel:  (202) 783-0800

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 18, 2005, the attached document

was hand delivered to the following persons and was electronically filed with the Clerk of

the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on August 18, 2005, I have Federal Expressed the documents

to the following non-registered participants:

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20001-2401

Avenish S. Lele
Ropes & Gray
Fish & Neave IP Group
1251 Avenue of the Americas
New York, NY  10020-1104

Victor H. Polk, Jr.
Lawrence T. Stanley, Jr.
Bingham McCutchen LLP LLP
150 Federal Street
Boston, MA  02110

By:   /s/ David E. Moore
        Richard L. Horwitz
        David E. Moore
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, Delaware  19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

687459