IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INVIVODATA, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-60 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRF, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-61 (GMS) |
| PHT CORPORATION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ETRIALS WORLDWIDE, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-821 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Malcolm K. McGowan, Esquire, of Bingham McCutchen LLP, 1120 20th Street, NW, Washington, DC 20036 to represent defendant/counterclaim plaintiff CRF, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff CRF, Inc.*

Dated: August 19, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____

_____
United States District Judge

695622

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 19, 2005        Signed: /s/ Malcolm K. McGowan
                             Malcolm K. McGowan
                             Bingham McCutchen LLP
                             1120 20th Street, NW
                             Washington, DC 20036
                             Telephone: (202) 778-6150

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 19, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on August 19, 2005, I have Federal Expressed the documents to the following non-registered participants:

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20001-2401

Avenish S. Lele
Ropes & Gray
Fish & Neave IP Group
1251 Avenue of the Americas
New York, NY  10020-1104

Victor H. Polk, Jr.
Lawrence T. Stanley, Jr.
Bingham McCutchen LLP LLP
150 Federal Street
Boston, MA  02110

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

687459