## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHT CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-821 (GMS) |
| v. | ) | |
| | ) | |
| ETRIALS WORLDWIDE, INC. | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL

Whereas the parties, PHT Corporation and etrials Worldwide, Inc., have entered into a Patent License and Settlement Agreement (the "Settlement Agreement"), the parties, through their respective counsel, stipulate, subject to the approval of the Court, that:

1. All claims and counterclaims in this action are dismissed, with prejudice.

2. Each party will bear its own fees and costs in this action.

3. The Court shall retain jurisdiction of this matter for purposes of enforcing the Settlement Agreement.

/s/ Maryellen Noreika
Jack Blumenfeld (#1014)
Julia Heaney (#3052)
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT &
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: 9302) 658-9200

Laurence S. Rogers
Avinash S. Lele
Brian P. Biddinger
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

*Attorneys for etrials Worldwide, Inc.*

Jody W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
Tel: (302) 571-6600

Anthony Herman
Whitney Wilson
Scott Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, D.C. 20004
(202) 662-6000

*Attorneys for PHT Corporation*


SO ORDERED this ___ day of _____, 2005


_____
United States District Judge