IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| 5. | : | Civil Action No. 04-821-GMS |
| | : | |
| ETRIALS WORLDWIDE, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **23rd** day of **August, 2005,**

IT IS ORDERED that the mediation in the above matter **only** scheduled for Friday, October 28, 2005 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE